USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/22/2023__

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ESTATE OF SIAVASH BAYANI (DECEASED), ET AL.,

    Plaintiffs-Judgment Creditors,

v.

THE ISLAMIC REPUBLIC OF IRAN, ET AL.;

    Defendants-Judgment Debtors.

Case No. 15-mc-09 (GHW) (BCM)

### ~~[PROPOSED]~~ ORDER

On consent of the parties, it is hereby ORDERED that:

1. Judgment Creditors Estate of Siavash Bayani, *et al.* ("the Bayani Creditors") having withdrawn their March 7, 2023 Motion to Compel Woori Bank to Produce Documents and Information, Dkt. 9, that motion is hereby dismissed without prejudice.

2. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 9.

SO ORDERED.

_____
Hon. Barbara Moses
United States Magistrate Judge
 September 22, 2023