```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                         :
ESTATE OF SIAVESH BAYANI, *et al.*,      :
                                                         :
                                         Plaintiffs,   :     1:15-mc-9-GHW
                                                         :
              -v –                                     :     <u>ORDER</u>
                                                         :
THE ISLAMIC REPUBLIC OF IRAN, *et al.*,   :
                                         Defendants.   :
                                                         :
------------------------------------------------------------------ X
GREGORY H. WOODS, United States District Judge:

       On February 23, 2023, this action was reopened to allow Plaintiffs to file a motion to compel compliance with post-judgment subpoenas. Dkt. No. 4. Plaintiffs filed their motion to compel on March 7, 2023. Dkt. No. 9. On September 22, 2023, Judge Moses dismissed the motion to compel on consent of the parties. Dkt. No. 33. Because the motion for which the case was reopened has been resolved, the Clerk of Court is directed to close this case.

       SO ORDERED.

Dated: December 5, 2023
        New York, New York

                                                               GREGORY H. WOODS
                                                     United States District Judge